1  THE VELEZ LAW FIRM, PC
   MARK VELEZ (SBN 163484)
2  3010 Lava Ridge Court, Suite 180
   Roseville, CA 95661
3  Telephone: (916) 686-6600
   Facsimile: (916) 550-9509
4  Email: *velezlaw@live.com*

5  Attorneys for Plaintiff
   KOFI KYEI
6

7  JACKSON LEWIS P.C.
   JAMES T. JONES (SBN 167967)
8  400 Capitol Mall, Suite 1600
   Sacramento, CA 95814
9  Telephone: (916) 341-0404
   Facsimile: (916) 341-0141
10 E-mail: *james.jones@jacksonlewis.com*

11 Attorneys for Defendants
   DRAGADOS USA, INC. and
12 LLOYD NEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KOFI KYEI, an individual, | Case No. 2:17-CV-01875-WBS-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY AND DISPOSITIVE MOTIONS** |
| DRAGADOS USA, INC., a Delaware Corporation, LLOYD NEAL, an individual; and DOES 1 through 100, inclusive. | |
| Defendants. | |

Plaintiff Kofi Kyei ("Plaintiff") and Defendants Dragados USA, Inc. and Lloyd Neal ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

///

1

WHEREAS, counsel for Plaintiff, Mark Velez of The Velez Law Firm, PC, substituted into this case on or about October 30, 2018;

WHEREAS, the deposition of Plaintiff Kofi Kyei was postponed upon request from Plaintiff's former attorney of record because Plaintiff resides out of state and Plaintiff's former counsel wanted to attempt to resolve the matter through negotiation before incurring the expense of a deposition;

WHEREAS, counsel for Defendants agreed to the request of Plaintiff's counsel, but the parties were not able to resolve the matter;

WHEREAS, Plaintiff's new counsel of record needs additional time to complete necessary discovery and counsel for Defendants does not oppose such;

THEREFORE, the Parties stipulate and agree, through their respective counsel, that should the Court so approve, the Parties shall complete all discovery and shall file any dispositive motions by not later than January 31, 2019.

Dated: November 15, 2018         THE VELEZ LAW FIRM PC

By: */s/ Mark Velez [as authorized on 11.15.18]*
     Mark Velez
Attorneys for Plaintiff
KOFI KYEI

Dated: November 21, 2018         JACKSON LEWIS P.C.

By: */s/ James T. Jones*
     James T. Jones
Attorneys for Defendants
DRAGADOS USA, INC. and LLOYD NEAL

## **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The Parties shall complete all discovery and shall file any dispositive motions by not later than January 31, 2019.

Dated: November 28, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Extending Time to Complete Discovery and Dispositive Motions