THE VELEZ LAW FIR, P.C.
MARK VELEZ (SBN 163484)
3010 Lava Ridge Court, Suite 180
Roseville, CA  95661
Telephone:   (916) 686-6600
Facsimile:    (916) 550-9509
Email:  *velezlaw@live.com*

Attorneys for Plaintiff
KOFI KYEI


JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141
E-mail:  *james.jones@jacksonlewis.com*

Attorneys for Defendants
DRAGADOS USA, INC. and
LLOYD NEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KOFI KYEI, an individual,<br><br>             Plaintiff,<br><br>       v.<br><br>DRAGADOS USA, INC., a Delaware Corporation, LLOYD NEAL, an individual; and DOES 1 through 100, inclusive.<br><br>             Defendants. | Case No. 2:17-CV-01875-WBS-CKD<br><br>**STIPULATED NOTICE OF CONDITIONAL SETTLEMENT** |

Plaintiff Kofi Kyei ("Plaintiff") and Defendants Dragados USA, Inc. and Lloyd Neal ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

/ / /

1

Stipulation Regarding Conditional Settlement and Proposed Order

| | |
|---|---|
| 1 | Counsel for Plaintiff, Mark Velez of The Velez Law Firm, PC, substituted into this case on or about October 30, 2018; |
| 3 | Prior to Mr. Velez's substitution into the case, the deposition of Plaintiff Kofi Kyei was postponed upon request from Plaintiff's former attorney of record because Plaintiff resides out of state and Plaintiff's former counsel wanted to attempt to resolve the matter through negotiation before incurring the expense of a deposition; |
| 7 | Thereafter, necessary depositions were completed, but the parties were not initially able to resolve the matter without the assistance of a mediator, and a mediation was therefore held on February 4, 2019; |
| 10 | An agreement in principle was reached at the mediation, but Plaintiff was, at the time unable to sign a formal settlement agreement due to the fact that he was unexpectedly in the hospital on the day of mediation and participated only telephonically; |
| 13 | Following the mediation, complications arose with regard to preparation of the full terms of a formal written settlement, and, as the remaining issues related to non-monetary terms, counsel for both parties were confident the remaining issues would be resolved, and counsel worked diligently and cooperatively over the course of several weeks to finalize the terms of the agreement; |
| 18 | On April 1, 2019, agreement was reached on the final terms of the formal settlement agreement, and the settlement agreement was sent to Plaintiff for his signature; |
| 20 | Plaintiff resides out of state and is often in areas with limited phone service, and Plaintiff's counsel is making diligent efforts to obtain return of the written agreement as expeditiously as possible; |
| 23 | All parties presently believe the case is settled, and therefore request that the Court postpone any filings that may be presently due, and request a brief continuance of the Pretrial Conference for the purposes of finalizing the settlement. |
| 26 | The parties are requesting thirty (30) days to file a Stipulated Dismissal. |
| 27 | // |
| 28 | // |

The parties are requesting the pretrial conference to be continued to May 7, 2019 or thereafter.

Dated: April 4, 2019                                THE VELEZ LAW FIRM PC

                                                    By: */s/ Mark Velez [04/04/2019]*
                                                        Mark Velez
                                                    Attorneys for Plaintiff
                                                    KOFI KYEI

Dated: April 4, 2019                                JACKSON LEWIS P.C.

                                                    By: */s/ James T. Jones [04/04/2019]*
                                                        James T. Jones
                                                    Attorneys for Defendants
                                                    DRAGADOS USA, INC. and LLOYD NEAL

## **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The parties are to provide a Stipulated Dismissal within thirty (30) days of the date of this Order, and no later than **May 6, 2019**. The final Pretrial Conference is continued to **May 13, 2019 at 1:30p.m**. If the stipulated dismissal is not filed by May 6, 2019, the related Pretrial filings are due as follows: Plaintiff's pretrial statement shall be filed by **May 6, 2019**. Defendants' pretrial statement shall then be filed by **May 9, 2019**.

Dated: April 5, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE